# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:15-CV-00112-RLV-DSC

| | |
|---|---|
| LATOYA KENT, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| SUSAN RUMMAGE ) | |
| AUTUMN CARE OF STATESVILLE, ) | |
| KENNETH D. GOODWIN ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

On February 8, 2015, this Court entered an Order directing Plaintiff to **SHOW CAUSE** as to why she did not effectuate service upon Defendants Rummage and Autumn Care. (Doc. 15). Plaintiff was given seven (7) days to respond. *Id.* Plaintiff has not responded. Accordingly, this action is dismissed as to Susan Rummage and Autumn Care of Statesville pursuant to Rule 4(m).

**SO ORDERED.**

Signed: February 18, 2016

Richard L. Voorhees
United States District Judge