IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:15-CV-00112-RLV-DSC

| | |
|---|---|
| LATOYA KENT, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| SUSAN RUMMAGE ) | |
| AUTUMN CARE OF STATESVILLE, ) | |
| KENNETH D. GOODWIN ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

On April 12, 2016 this Court entered an Order directing Plaintiff to **SHOW CAUSE** as to why she did not effectuate service upon Defendant Goodwin. (Doc. 15). Plaintiff was given seven (7) days to respond. *Id.* Plaintiff has not responded. Accordingly, this action is dismissed as to Kenneth Goodwin pursuant to Rule 4(m). Given that Defendant Goodwin is the only remaining defendant in this action, the Clerk is hereby directed to terminate the case.

**SO ORDERED.**

Signed: May 2, 2016

Richard L. Voorhees
United States District Judge