# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| LATOYA KENT, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:15-CV-00112-RLV-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| SUSAN RUMMAGE | ) | |
| AUTUMN CARE OF STATESVILLE | ) | |
| KENNETH GOODWIN, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 2, 2016, Order.

Signed: May 2, 2016

*(signature)*

Frank G. Johns, Clerk
United States District Court